1   Thomas B. Mayhew (State Bar No. 183539)
      tmayhew@fbm.com
2   Frank J. Riebli (State Bar No. 221152)
      friebli@fbm.com
3   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA  94104
    Telephone:  (415) 954-4400
5   Facsimile:  (415) 954-4480

6   Attorneys for Defendants
    Nestle Waters North America, Inc. and Calistoga
7   Mineral Water Co., Inc.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  Marilyn Sprenger,                          Case No.  CV-10-03661 EMC

13              Plaintiff,                      **STIPULATION EXTENDING
                                                DEFENDANTS CALISTOGA MINERAL
14       vs.                                    WATER CO., INC., CALISTOGA
                                                BEVERAGE CO. AND NESTLE WATERS
15  Calistoga Mineral Water Co., Inc.;          NORTH AMERICA, INC.'S TIME TO
    Calistoga Beverage Co.; Nestle Waters       RESPOND TO THE FIRST AMENDED
16  North America, Inc.; Elwood Sprenger, and   COMPLAINT   ; ORDER**
    Does 1-10, inclusive,
17
                Defendants.
18

19

20

21          Pursuant to Northern District Civil Local Rule 6-1, plaintiff Marilyn Sprenger ("Plaintiff")

22  and defendants Calistoga Mineral Water Co., Inc., Calistoga Beverage Co. and Nestle Waters

23  North America, Inc.(collectively, "Defendants"), by and through their respective counsel, hereby

24  agree as follows:

25          The parties deem Plaintiff's First Amended Complaint to be the operative complaint in

26  this action and to have been served on Defendants on August 20, 2010.

27          The parties further agree that Defendants will file their response to the First Amended

28  Complaint on or before Wednesday, **September 15, 2010.**

1        This is the first extension of time in this case.  This extension does not affect any dates set

2 by the Court.

3

4

5 Dated: August 25, 2010                           FARELLA BRAUN + MARTEL LLP

6

7                                   By:

8                                          Frank J. Riebli

9                                   Attorneys for Defendants
Nestle Waters North America, Inc. and

10                                   Calistoga Mineral Water Co., Inc.

11 Dated: August 25, 2010

12

13                                   By:

14                                       John E. Olmsted

15                                   Attorney for Plaintiff
Marilyn Sprenger

16

17

18 IT IS SO ORDERED

19

20 _____

21 Edward M.

22 U.S. Magis

23 Judge

24

25

26

27

28

35851\2352899.1

**PROOF OF SERVICE**

I, Deborah Lynch, declare:

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 235 Montgomery Street, 17th Floor, San Francisco, California  94104.  On **August 25, 2010**, I served a copy of the within document(s):

> **STIPULATION EXTENDING DEFENDANTS CALISTOGA MINERAL WATER CO., INC., CALISTOGA BEVERAGE CO. AND NESTLE WATERS NORTH AMERICA, INC.'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

John E. Olmsted, Esq.                              *Counsel for Plaintiff*
3345 Jaylee Drive
Santa Rosa, CA 95404

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 25, 2010**, at San Francisco, California.

Deborah Lynch